UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Sanders

    v.                                Case No. 17-cv-89-SM

United States of America

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 18, 2017, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir. 1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Mr. Sanders' complaint (doc. no. 1) is hereby dismissed without prejudice. The Clerk shall enter judgment in accordance with this order and close the case.

                                              Steven J. McAuliffe
                                              United States Magistrate Judge

Date: January 28, 2018

cc: Christopher Sanders, pro se